**Doris FISHER, Appellant,**

v.

**Kelly Ann KINYON, Respondent.**

**No. WD 45875.**

Missouri Court of Appeals,
Western District.

June 1, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 27, 1993.

Application to Transfer Denied
Sept. 28, 1993.

Frederick Gregg Thompson, IV, Kansas
City, for appellant.

Robert H. Houske, Kansas City, for respondent.

Before KENNEDY, P.J., and BERREY
and SPINDEN, JJ.

**ORDER**

PER CURIAM.

The judgment of the trial court awarding
damages in the appellant's personal injury
lawsuit is affirmed. Rule 84.16(b).